# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL ROMAN and RICARDO SILVA,<br><br>    Petitioners,<br><br>        v.<br><br>DAVID EBBERT,<br><br>    Respondent. | NO. 3:17-CV-01146<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 17th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice**.

(2) Petitioners' first Motion to Amend (Doc. 4) is **DENIED**.

(3) Petitioners' Motion to Appoint Counsel (Doc. 6) is **DENIED**.

(4) Petitioners' second Motion to Amend (Doc. 8) is **GRANTED**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge